IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:06-CR-110 |
| | ) | (Varlan / Guyton) |
| LATAWYNE DEWRIGHT OSBORNE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**<u>MEMORANDUM AND ORDER</u>**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case came before the Court on August 20, 2007, for a pretrial conference and motions hearing for Mr. Osborne's Motion in Limine [Doc. 48]; and Motion to Plead Guilty to Counts 1 and 2 [Doc. 49].

Latawyne Osborne was present with his attorney, A. Phillip Lomonaco. The United States was represented by Special Assistant United States Attorney W. Brownlow Marsh. After hearing arguments of counsel, the Court took the Motion in Limine [Doc. 48] under advisement, as further review of the record in this case is necessary to its disposition. The government took no position on Mr. Osborne's Motion to Plead Guilty to Counts 1 and 2 [Doc. 49]. Counsel for Mr. Osborne affirmed his intention to plead guilty to both count 1 and count 2, and proceed to trial only as to count 3 of the indictment.

Accordingly, Defendant Osborne's Motion to Plead Guilty to Counts 1 and 2 **[Doc. 49]** is **GRANTED**. Mr. Osborne may enter his plea before the Honorable Thomas A. Varlan United States District Judge on **August 27, 2007**, at **9:00 a.m.**

**IT IS SO ORDERED.**

ENTER:

<u>    s/ H. Bruce Guyton    </u>
United States Magistrate Judge