IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:06-CR-110 |
| | ) | (Varlan / Guyton) |
| LATAWYNE DEWRIGHT OSBORNE, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. The Court observes that Mr. Osborne has entered into a plea agreement resolving this matter without jury trial. [Doc. 57]. Accordingly, the Court finds that Latawyne Osborne's Motion in Limine **[Doc. 48]**, is moot and therefore is **DENIED** .

**IT IS SO ORDERED.**

ENTER:

  s/ H. Bruce Guyton  
United States Magistrate Judge