UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

<u>LATAWYNE DEWRIGHT OSBORNE</u>,

    Petitioner,

v.                                              No.:   3:06-cr-110
                                                               3:09-cv-070
<u>UNITED STATES OF AMERICA</u>,             3:09-cv-132
                                                               (VARLAN/GUYTON)

    Respondent.

## <u>JUDGMENT ORDER</u>

In accordance with the accompanying Memorandum, the motions to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 are **DENIED** and these actions are **DISMISSED**. Petitioner's motion to proceed *in forma pauperis* in the district court is **DENIED** as **MOOT**. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. A certificate of appealability **SHALL NOT ISSUE**. The court **DENIES** the petitioner leave to proceed in forma pauperis on appeal.

    **E N T E R :**

                                                            s/ Thomas A. Varlan
                                                             UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

    s/ *Patricia L. McNutt*
      CLERK OF COURT